# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS MORENO,<br><br>        Petitioner,<br><br>        v.<br><br>C.E. DUCART, Warden,<br><br>        Respondent. | Case No. CV 17-964 CJC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered denying the petition and
2  dismissing this action with prejudice.

DATE: September 12, 2017     _____
                             HON. CORMAC J. CARNEY
                             UNITED STATES DISTRICT JUDGE