# JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ELIAS MORENO,

    Petitioner,

v.

C.E. DUCART, Warden,

    Respondent.

Case No. CV 17-964 CJC (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: September 12, 2017

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE